FILED

DANIEL G. BOGDEN
United States Attorney
BRADLEY GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

Jan 28  11 48 AM '11

U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs ) <br> ) <br> CHATTEL KNOWN AS ) <br> APPLE IPHONE CELLULAR PHONE ) <br> 16GB, BLACK IN COLOR ) <br> FCC ID: BCGA1303B ) <br> IC ID: 579C-A1303B ) <br> ) | 2:10-mj-879-LRL |

## GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

1   Unsealing is necessary to permit the Government to copy and distribute the above
2   referenced documents to the defense.

3
4   DATED this 26th day of January, 2011.

5
6   Respectfully submitted,
7   DANIEL G. BOGDEN
    United States Attorney
8
9
10  BRADLEY GILES
    Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2

FILED

JAN 28  11 48 AM '11

U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>CHATTEL KNOWN AS )<br>APPLE IPHONE CELLULAR PHONE )<br>16GB, BLACK IN COLOR )<br>FCC ID: BCGA1303B )<br>IC ID: 579C-A1303B )<br>) | 2:10-mj-879-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this **28th** day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE